# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

NELSON CONIGLIO and JOYCE
CONIGLIO,

    Plaintiffs,

v.                                                           Case No: 8:14-cv-1628-T-17MAP

BANK OF AMERICA, N.A.,

    Defendant.

_____

## ENTRY OF DEFAULT

    Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **BANK OF AMERICA, N.A.** in Tampa, Florida on the 4th day of August, 2014.

                                                      SHERYL L. LOESCH, CLERK

                                                      s/L. Del Rio, Deputy Clerk

Copies furnished to:

Counsel of Record