## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 8:14 CV 1628-EAK-MAP

Plaintiff:
**Nelson Coniglio and Joyce Coniglio**
vs.
Defendant:
**Bank of America, N.A., a foreign corporation, f/k/a BAC Home Loans Servicing, LP**

For:
David Mitchell
Morgan & Morgan, P.A.

,

Received by Investigative Services of Tampa on the 9th day of July, 2014 at 10:53 am to be served on **Bank Of America, N.A. f/k/a BAC Home Loans Servicing, L.P., 100 North Tryon Street, Suite 170, Charlotte, NC 28202**.

I, Wendy L. Henrich, being duly sworn, depose and say that on the **10th day of July, 2014** at **2:50 pm**, I:

served an **AUTHORIZED** entity by delivering a true copy of the **Summons in a Civil Action, Letter dated July 3, 2014 from Morgan & Morgan, Complaint and Demand for Jury Trial, Exhibits A, B, C & D**, to: **Ashley Noble** as **Banking Officer** at the address of: **100 North Tryon street, Suite 170, Charlotte, NC 28202**, who stated they are authorized to accept service for **Bank Of America, N.A.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 32, Sex: F, Race/Skin Color: Black, Height: 5'9", Weight: 190, Hair: Black, Glasses: Y

I certify that I am over the age of 21 and a resident of North Carolina and not a party to the action and who is not related by blood or marriage to a party to the action or to a person upon whom service is to be made.

State of North Carolina
County of Mecklenburg

Subscribed and Sworn to before me on the 11th day of July, 2014 by the affiant who is ( ✓ ) personally known to me or (_____) produced appropriate identification.

Ruth Reynolds
NOTARY PUBLIC

Ruth Reynolds
Print Name

Wendy L. Henrich
Process Server

**Investigative Services of Tampa**
Po Box 272638
Tampa, FL 33688
(813) 964-9159

Our Job Serial Number: REY-2014001118
Ref: 2014002281

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n