**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

NELSON CONIGLIO and JOYCE
CONIGLIO, husband and wife,

    Plainitiffs,                             CASE NO.:  8:14-CV-01628-EAK-MAP

vs.

BANK OF AMERICA, N.A., a foreign
corporation, f/k/a BAC HOME LOANS
SERVICING, LP,

    Defendant.
_____/

## AFFIDAVIT OF JOYCE CONIGLIO

    Before me, the undersigned notary public in and for the State of Florida, appeared Joyce Coniglio, and after being duly sworn, deposes and states:

    1.      My name is Joyce Coniglio. I am over the age of 18, and I am a resident of the State of Florida. The statements made herein are true and are based on personal knowledge.

    2.      I am the Plaintiff in this action. In that role, I have personal knowledge of the facts set forth in the Complaint (Dkt. 1) in this action, and the facts as stated in this Affidavit.

    3.      At all times material hereto, I was the subscriber to the cellular telephone number at issue, (813) 244-1327. At all times material hereto, the cellular service provider for the aforementioned cellular telephone number was Verizon Wireless.

    4.      At all times material hereto, my residential telephone phone number is and was (813) 874-7568. At all times material hereto, the service providers of the aforementioned residential telephone number was Brighthouse Networks and Verizon.

5. In or about August of 2009, my husband, Nelson Coniglio, and I retained U.S. Loan Mitigation, LLC (hereafter "U.S. Loan Mitigation") to communicate with BANK OF AMERICA, N.A./BAC HOME LOANS SERVICING, LP (hereafter "BOA HOME LOANS") for the purpose of pursuing a modification of our mortgage, Account/Loan number 074003711 (hereafter the "Subject Debt") on our behalf. In connection therewith, we authorized U.S. Loan Mitigation to act as our agent, and to send written correspondence to BOA HOME LOANS directing it to immediately cease and desist communication with me and my husband in relation to the Subject Debt and any other debts BOA HOME LOANS claimed that we owed.

6. Accordingly, on or about August 17, 2009, our agent, U.S. Loan Mitigation, sent a letter to BOA HOME LOANS on behalf of me and my husband, identifying the account number of the Subject Debt, the property address associated with the Subject Debt, and informing BOA HOME LOANS that U.S. Loan Mitigation had been retained by me and my husband to pursue a modification of the mortgage loan, that my husband and I authorized U.S. Loan Mitigation to communicate with BOA HOME LOANS regarding the Subject Debt, demanding that BOA HOME LOANS cease and desist all debt collection communication with me and my husband in relation to the Subject Debt and any other debts BOA HOME LOANS claimed that we owed, and informing BOA HOME LOANS that U.S. Loan Mitigation was attempting to pursue a mortgage modification on our behalf, and that all communications regarding the Subject Debt and mortgage should be directed towards U.S. Loan Mitigation.

7. Subsequent to our agent, U.S. Loan Mitigation, sending the letter described in paragraph (6) above, my husband and I received a notice from BOA HOME LOANS dated September 29, 2009, addressed to the attention of my husband, stating that BOA HOME LOANS

had received the aforementioned letter from U.S. Loan Mitigation. An accurate copy of the September 29, 2009 notice from BOA HOME LOANS is attached hereto as Exhibit "A."

8.     Subsequent to the September 29, 2009 notice from BOA HOME LOANS, confirming that it had received the August 19, 2009 cease and desist letter from our agent, U.S. Loan Mitigation, I continued to receive calls on my aforementioned cellular telephone number and residential telephone number from BOA HOME LOANS in an effort to collect the Subject Debt.

9.     On or about November 30, 2009, our agent, U.S. Loan Mitigation, sent BOA HOME LOANS another letter on our behalf, identifying the account number of the Subject Debt, the property address associated with the Subject Debt, and demanding that BOA HOME LOANS cease and desist all debt collection communication with me and my husband in relation to the Subject Debt and any other debts BOA HOME LOANS claimed that we owed, and informing BOA HOME LOANS that U.S. Loan Mitigation was attempting to pursue a mortgage loan modification on our behalf, and that all communications regarding the Subject Debt and mortgage should be directed towards US Loan Mitigation. An accurate copy of the November 30, 2009 letter is attached hereto as Exhibit "B."

10.    Subsequent to our agent, U.S. Loan Mitigation, sending the above described November 30, 2009 letter attached as Exhibit "B," I continued to receive calls on both my aforementioned cellular telephone number and aforementioned residential telephone number from BOA HOME LOANS in an effort to collect the Subject Debt.

11.    Upon receipt of the calls from BOA HOME LOANS on my aforementioned cellular telephone number and aforementioned residential telephone number, I instructed the representative to direct all communications to our agent, U.S. Loan Mitigation, requested that BOA HOME

LOANS not place any further calls to me, and stated that a cease and desist letter had previously been sent to BOA HOME LOANS by our agent, U.S. Loan Mitigation.

12. On or about September 8, 2011, our attorney, S.M. David Stamps, III, sent a letter to BOA HOME LOANS, which was also signed by my husband on September 8, 2011, wherein Mr. Stamps notified BOA HOME LOANS that he represented me and my husband with respect to the Subject Debt. An accurate copy of the September 8, 2011 letter is attached as Exhibit "C."

13. Subsequent to our attorney, Mr. Stamps, sending the above described September 8, 2011 letter, my husband and I received a notice from BOA HOME LOANS dated December 15, 2011, addressed to the attention of my husband, stating that BOA HOME LOANS had received the aforementioned correspondence from our attorney, Mr. Stamps. An accurate copy of the December 15, 2011 notice is attached as Exhibit "D."

14. Subsequent to the December 15, 2011 notice from BOA HOME LOANS, confirming that it had received the September 8, 2011 correspondence from our attorney, Mr. Stamps, I continued to receive calls on my aforementioned cellular telephone number and aforementioned residential telephone number from BOA HOME LOANS in an effort to collect the Subject Debt.

15. In the four years preceding the filing of the Complaint (Dkt. 1) in this action, I received an average of approximately ten (10) calls per month from BOA HOME LOANS on my aforementioned cellular telephone number in an effort to collect the Subject Debt.

16. At all material times, BOA HOME LOANS consistently followed a pattern of placing a call to my aforementioned cellular telephone number, placing a call to my husband's cellular telephone number, and placing a call to my aforementioned residential telephone number within minutes of each other in an effort to collect the Subject Debt.

Further Affiant Sayeth Naught.

                                                    *Joyce Coniglio*
                                                    JOYCE CONIGLIO

STATE OF FLORIDA            )
                                             )
COUNTY OF HILLSBOROUGH  )

The foregoing instrument was acknowledged before me on this the __14th__ day of __August__, 2014 by Joyce Coniglio, who is personally known to me or who produced __personally known__ as identification and who did take an oath.

                                                    *Patricia L. Mitchell*
                                                    NOTARY PUBLIC

PATRICIA L. MITCHELL
MY COMMISSION # FF 143648
EXPIRES: July 29, 2018
Bonded Thru Notary Public Underwriters

Commission No. _____

My Commission Expires _____

_____
NAME: (PRINTED)