**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

NELSON CONIGLIO and JOYCE
CONIGLIO, husband and wife,

    Plainitiffs,                                  CASE NO.:  8:14-CV-01628-EAK-MAP

vs.

BANK OF AMERICA, N.A., a foreign
corporation, f/k/a BAC HOME LOANS
SERVICING, LP,

    Defendant.
_____/

## AFFIDAVIT OF JASON ANTHONY CONIGLIO

Before me, the undersigned notary public in and for the State of Florida, appeared Jason Anthony Coniglio, and after being duly sworn, deposes and states:

1.    My name is Jason Anthony Coniglio. I am over the age of 18, and I am a resident of the State of Florida. The statements made herein are true and are based on personal knowledge.

2.    At all times material hereto, I am and was employed by U.S. Loan Mitigation, LLC (hereafter "U.S. Loan Mitigation").

3.    In or about August of 2009, U.S. Loan Mitigation was retained by Joyce Coniglio and Nelson Coniglio to communicate with BANK OF AMERICA, N.A./BAC HOME LOANS SERVICING, LP (hereafter "BOA HOME LOANS") for the purpose of pursuing a modification of their mortgage, Account/Loan number 074003711 (hereafter the "Subject Debt"). In connection therewith, Nelson and Joyce Coniglio authorized U.S. Loan Mitigation to act as their agent, and to send written correspondence to BOA HOME LOANS directing it to immediately cease and desist

communication with Nelson and Joyce Coniglio in relation to the Subject Debt and any other debts BOA HOME LOANS claimed that they owed.

4.	On or about August 17, 2009, U.S. Loan Mitigation sent a letter to BOA HOME LOANS on behalf of Nelson and Joyce Coniglio, identifying the account number of the Subject Debt, the property address associated with the Subject Debt, and informing BOA HOME LOANS that U.S. Loan Mitigation had been retained by Nelson and Joyce Coniglio to pursue a modification of the mortgage loan, that Nelson and Joyce Coniglio authorized U.S. Loan Mitigation to communicate with BOA HOME LOANS regarding the Subject Debt, demanding that BOA HOME LOANS cease and desist all debt collection communication with Nelson and Joyce Coniglio in relation to the Subject Debt and any other debts BOA HOME LOANS claimed that they owed, and informing BOA HOME LOANS that U.S. Loan Mitigation was attempting to pursue a mortgage modification on behalf of Nelson and Joyce Coniglio, and that all communications regarding the Subject Debt and mortgage should be directed towards U.S. Loan Mitigation.

5.	On or about November 30, 2009, U.S. Loan Mitigation sent a letter to BOA HOME LOANS on behalf of Nelson and Joyce Coniglio, identifying the account number of the Subject Debt, the property address associated with the Subject Debt, demanding that BOA HOME LOANS cease and desist all debt collection communication with Nelson and Joyce Coniglio in relation to the Subject Debt and any other debts BOA HOME LOANS claimed that they owed, and informing BOA HOME LOANS that U.S. Loan Mitigation was attempting to pursue a mortgage loan modification on behalf of Nelson and Joyce Coniglio, and that all communications regarding the Subject Debt and mortgage should be directed towards US Loan Mitigation. An accurate copy of the November 30, 2009 letter is attached hereto as Exhibit "A."

      6.    On behalf of U.S. Loan Mitigation, I sent the letters described in paragraphs (4) and (5) above to BOA HOME LOANS via U.S. Mail and facsimile, including but not limited to P.O. Box 5170, Simi Valley, CA, 93062-5170, and facsimile number (800) 658-0395. Additionally, I confirmed that each of the aforementioned facsimile transmissions to BOA HOME LOANS had been successfully transmitted without errors.

      Further Affiant Sayeth Naught.

_____
JASON ANTHONY CONIGLIO

STATE OF FLORIDA      )
                             )
COUNTY OF HILLSBOROUGH  )

The foregoing instrument was acknowledged before me on this the __14th__ day of __August__, 2014 by Jason Anthony Coniglio, who is personally known to me or who produced ___personally known___ as identification and who did take an oath.

_____
NOTARY PUBLIC

Commission No. _____

PATRICIA L. MITCHELL
MY COMMISSION # FF 143648
EXPIRES: July 29, 2018
Bonded Thru Notary Public Underwriters

My Commission Expires _____

_____
NAME: (PRINTED)