UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NELSON CONIGLIO and JOYCE
CONIGLIO, husband and wife,

    Plainitiffs,

CASE NO.:  8:14-CV-01628-EAK-MAP

-vs-

BANK OF AMERICA, N.A., a foreign
corporation, f/k/a BAC HOME LOANS
SERVICING, LP,

    Defendant.
_____/

## AFFIDAVIT OF DAVID PATRICK MITCHELL

Before me, the undersigned notary public in and for the State of Florida, appeared David Patrick Mitchell, and after being duly sworn, deposes and states:

1. I am the attorney for the Plaintiffs in the above-styled action and I am familiar with the file, records and pleadings in this matter.

2. The summons and Complaint (Dkt. 1) in this action were properly served upon the Defendant BANK OF AMERICA, N.A., f/k/a BAC HOME LOANS SERVICING, LP, (hereinafter "BOA HOME LOANS") on July 10, 2014. *See* Dkt. 5.

3. Pursuant to Fed. R. Civ. P. 12(a), Defendant BOA HOME LOANS was required to serve a responsive pleading the Complaint on or before July 31, 2014.

4. No response was served by Defendant BOA HOME LOANS within the time allowed by law, nor did the Defendant seek additional time within which to respond or otherwise appear in this action.

**EXHIBIT "A"**

5.  On August 1, 2014, Plaintiffs filed their Motion for Entry of Default by the Clerk pursuant to Fed. R. Civ. P. 55(a) and Local Rule 1.07(b), which was supported by an affidavit of the Plaintiffs' undersigned counsel, attached as an Exhibit thereto. (Dkt. 6).

6.  On August 4, 2014, the Clerk entered default against Defendant BOA HOME LOANS. (Dkt. 7).

7.  To date, Defendant BOA HOME LOANS has not filed any pleading, motion or otherwise appeared in this action.

Further affiant sayeth not.

_____
DAVID PATRICK MITCHELL

STATE OF FLORIDA            )
                            )
COUNTY OF HILLSBOROUGH      )

The foregoing instrument was acknowledged before me on this the __14th__ day of __August__, 2014 by David Patrick Mitchell, who is personally known to me or who produced __Personally Known__ as identification and who did take an oath.

_____
NOTARY PUBLIC

PATRICIA L. MITCHELL
MY COMMISSION # FF 143648
EXPIRES: July 29, 2018
Bonded Thru Notary Public Underwriters

Commission No. _____

My Commission Expires _____

_____
NAME: (PRINTED)