UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NELSON CONIGLIO and
JOYCE CONIGLIO, husband and wife,

    Plainitiffs,

-vs-                                    CASE NO.:  8:14-CV-01628-EAK-MAP

BANK OF AMERICA, N.A., a foreign
corporation, f/k/a BAC HOME LOANS
SERVICING, LP,

    Defendants.
_____/

## NOTICE OF APPEARANCE

COMES NOW, William P. Howard, of the firm of Morgan & Morgan, P.A. and hereby files this Notice of Appearance as attorney on behalf of the Plaintiffs, NELSON CONIGLIO and JOYCE CONIGLIO, and requests that all future correspondence, pleadings, etc., be forwarded to said attorney.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of October 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send a notice of electronic filings via the Court's ECF system upon the following counsel of record: David P. Mitchell, Esq., Morgan & Morgan, P.A., 201 N. Franklin Street, 7th Floor, Tampa, Florida 33602, dmitchell@forthepeople.com.

                                              *s/William P. Howard*
                                              William P. Howard, Esq.
                                              Morgan & Morgan, Tampa, P.A.
                                              One Tampa City Center
                                              201 N. Franklin Street, 7th Floor
                                              Tampa, FL 33602
                                              Tele:  (813) 223-5505
                                              BHoward@ForThePeople.com
                                              Florida Bar #:  0103330
                                              Attorney for Plaintiffs