**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

NELSON CONIGLIO and JOYCE
CONIGLIO, husband and wife

    Plaintiff,

v.                                                                                  Case No. 8:14-CV-01628-EAK-MAP

BANK OF AMERICA, N.A., a foreign
corporation, f/k/a BAC Home Loans Servicing,
LP,

    Defendant.
_____/

## **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

Notice is hereby given that the undersigned attorneys, John A. Anthony, Esquire, John W. Landkammer, Esquire, and Megan M. Greene, Esquire hereby enters their appearance as co-counsel of record for Nelson Coniglio and Joyce Coniglio, husband and wife, and requests service of all notices, pleadings, and other papers filed in this case.

Dated this 5th day of November, 2014.

    /s/ John A. Anthony
    **JOHN A. ANTHONY, ESQUIRE**
    Florida Bar Number: 0731013
    janthony@anthonyandpartners.com
    **JOHN W. LANDKAMMER, ESQUIRE**
    Florida Bar Number: 0675547
    jlandkammer@anthonyandpartners.com
    **MEGAN M. GREENE, ESQUIRE**
    Florida Bar Number: 0102739
    mgreene@anthonyandpartners.com
    Anthony & Partners, LLC
    201 N. Franklin Street, Suite 2800
    Tampa, Florida  33602
    Telephone:  813-273-5616
    Telecopier:  813-221-4113
    Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF notification and by regular U.S. Mail this 5th day of November, 2014 to:

| | |
|---|---|
| Andrew Kemp-Gerstel, Esquire<br>Liebler, Gonzalez & Portuondo<br>Courthouse Tower - 25th Floor<br>44 West Flagler Street<br>Miami, FL 33130<br>Jrl@Lgplaw.com<br>Attorneys for Bank of America, N.A | David P. Mitchell, Esquire<br>William Peerce Howard, Esquire<br>Morgan & Morgan, PA<br>Suite 700<br>One Tampa City Center<br>Tampa, FL 33602<br>DMitchell@ForThePeople.com<br>WHoward@forthepeople.com<br>Attorneys for Nelson and Joyce Coniglio |

                                                /s/ John A. Anthony
                                                **ATTORNEY**