**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

NELSON CONIGLIO and JOYCE
CONIGLIO, husband and wife

 Plaintiff,

v.                 Case No. 8:14-CV-01628-EAK-MAP

BANK OF AMERICA, N.A., a foreign
corporation, f/k/a BAC Home Loans Servicing,
LP,

 Defendant.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

 Notice is hereby given that the undersigned attorneys, Allison C. Doucette hereby enters an appearance as co-counsel of record for Nelson Coniglio and Joyce Coniglio, husband and wife, and requests service of all notices, pleadings, and other papers filed in this case.

 Dated this 9th day of December, 2014.

              /s/ John A. Anthony
              **JOHN A. ANTHONY, ESQUIRE**
              Florida Bar Number:  0731013
              janthony@anthonyandpartners.com
              **ALLISON C. DOUCETTE, ESQUIRE**
              Florida Bar Number: 0085577
              adoucette@anthonyandpartners.com
              Anthony & Partners, LLC
              201 N. Franklin Street, Suite 2800
              Tampa, Florida  33602
              Telephone:  813-273-5616
              Telecopier:  813-221-4113
              Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF notification this 9th day of December, 2014 to:

| | |
|---|---|
| Andrew Kemp-Gerstel, Esquire<br>Liebler, Gonzalez & Portuondo<br>Courthouse Tower - 25th Floor<br>44 West Flagler Street<br>Miami, FL 33130<br>Jrl@Lgplaw.com<br>Attorneys for Bank of America, N.A | David P. Mitchell, Esquire<br>William Peerce Howard, Esquire<br>Morgan & Morgan, PA<br>Suite 700<br>One Tampa City Center<br>Tampa, FL 33602<br>DMitchell@ForThePeople.com<br>WHoward@forthepeople.com<br>Attorneys for Nelson and Joyce Coniglio |

                                          /s/ Allison C. Doucette
                                          **ATTORNEY**