## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

NELSON CONIGLIO and
JOYCE CONIGLIO, husband and wife,

        Plaintiff,

v.

BANK OF AMERICA, N.A., a foreign corporation, f/k/a BAC HOME LOANS SERVICING, LP,

        Defendant.
_____/

CASE NO.: 8:14-cv-1628-T-17MAP

## BANK OF AMERICA, N.A.'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR ISSUANCE OF ORIGINAL WRITS OF EXECUTION

Defendant, BANK OF AMERICA, N.A., ("Bank of America"), files this Response in Opposition to Plaintiffs' Motion for Issuance of Original Writs of Execution, and states:

1. On July 2, 2014, Plaintiffs, NELSON CONIGLIO and JOYCE CONIGLIO (the "Coniglios") sued Bank of America, alleging that Bank of America violated: (1) the Telephone Consumer Protection Act[1] ("TCPA"); (2) the Fair Debt Collection Practices Act[2] ("FDCPA"); and the Florida Consumer Collection Practices Act[3] ("FCCPA"). [4]

2. On October 21, 2014, this Court entered an Order granting the Coniglios' Amended Motion for Default Judgment[5] and entered a Final Judgment[6] in favor of the Coniglios for $1,051,000.

3. On November 10, 2014, Bank of America filed an Amended and Corrected Motion to Vacate and Set Aside Default and Default Final Judgment ("Amended Motion to

---

[1] 47 U.S.C. § 227.
[2] 15 U.S.C. § 1692.
[3] § 559.55, Fla. Stat.
[4] Compl., ¶ 2, ECF No. 1.
[5] ECF No. 16.
[6] ECF No. 18.

Vacate") in which it attached the Call Logs that were inadvertently omitted from the initial Motion to Vacate and Set Aside Default and Default Final Judgment due to a technical error during the uploading process to the CM/ECF Document Filing System.[7]

4. On December 4, 2014, this Court entered an Order denying Bank of America's Amended Motion to Vacate and Motion to Alter or Amend Default Final Judgment—apparently relying on the Motion to Vacate and Set Aside Default and Default Final Judgment ("First Motion to Vacate")[8] where the Call Logs were inadvertently omitted, instead of the Amended Motion to Vacate (where the Call Logs were attached as part of ECF No. 24-1).

5. On December 8, 2014, the Coniglios filed their Motion for Issuance of Original Writs of Execution and Incorporated Memorandum of Law ("Motion for Writs of Execution").[9]

6. Denying the Coniglios' Motion for Writs of Execution will not jeopardize the Coniglios' ability to collect on the Final Judgment.

7. On December 9, 2014, Bank of America filed a Motion to Stay Execution of Final Judgment Pending Disposition of Rule 59(e) Motion to Alter or Amend Order on Amended and Corrected Motion to Vacate and Set Aside Default and Default Final Judgment ("Motion for Stay"). ECF No. 34. In the Motion for Stay, Bank of America seeks a stay of execution of the Final Judgment pending a ruling on the Rule 59(e) Motion and appeal.

8. As further specified in the Motion for Stay (ECF No. 34) incorporated by reference as if fully set forth herein, Bank of America is automatically entitled to a stay as the National Bank Act prohibits a judgment creditor from executing a judgment against a national banking association until the judgment has become final. A judgment is not final until all appeals have been concluded. A stay of execution is also appropriate under Federal Rule of Civil

---

[7] ECF No. 24.
[8] ECF No. 22.
[9] ECF No. 32.

**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130   (305) 379-0400

Procedure 62(b) and (d) pending a Rule 59(e) motion and appeal. Furthermore, in the event that the Court requires posting of a supersedeas bond to obtain a stay of execution notwithstanding authorities and argument within the filed Motion for Stay (ECF No. 34), Bank of America is taking steps to obtain the bond and has requested, in the Motion for Stay, a reasonable period to obtain and post the bond.

9. Bank of America respectfully requests that this Court deny the Coniglios' Motion for Issuance of Original Writs of Execution ("Motion for Writs of Execution") based on the (1) Motion to Stay (ECF No. 34); and the (2) Rule 59(e) Motion to Alter or Amend Order on Amended Motion to Vacate filed simultaneously with this Motion.

/s/ Andrew Kemp-Gerstel
J. RANDOLPH LIEBLER
Florida Bar No. 507954
JRL@lgplaw.com
DORA F. KAUFMAN
Florida Bar No.: 771244
DFK@lgplaw.com
ANDREW KEMP-GERSTEL
Florida Bar No. 0044332
AKG@lgplaw.com
**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
(305) 379-0400
*Attorneys for Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 11th day of December, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Andrew Kemp-Gerstel
ANDREW KEMP-GERSTEL

| | |
|---|---|
| David P. Mitchell, Esq. | John A. Anthony, Esquire |
| Dmitchell@forthepeople.com | janthony@anthonyandpartners.com |
| William P. Howard, Esq. | John W. Landkammer, Esquire |
| whoward@forthepeople.com | jlandkammer@anthonyandpartners.com |
| Morgan & Morgan, PA | Megan M. Greene, Esquire |
| One Tampa City Center | mgreene@anthonyandpartners.com |
| 201 N. Franklin St., 7th FL | Anthony & Partners, LLC |
| Tampa, FL 33602 | 201 N. Franklin Street, Suite 2800 |
| | Tampa, Florida 33602 |