# Time Sheet

12/12/2014

Coniglio, Nelson vs. Bank of America, N.A.
Date Range: All
Status: Pending/Released/Transfered/Exception

| Date | Attorney | Hrs | Recorder | Timekeep | Amount |
|---|---|---|---|---|---|
| 02/10/2014 | DM | 2.50 | DM | DM | $937.50 |
| | | | | Review documents from client, including mortgage documents, letters from BOA, letters from U.S.Loan, notes from U.S. Loan, etc., in order to prepare complaint, | |
| 02/27/2014 | DM | .30 | VM | VM | $112.50 |
| | | | | Preparation of update to pleadings index. | |
| 03/04/2014 | DM | .30 | VM | VM | $112.50 |
| | | | | Review File and update party information. | |
| 03/12/2014 | DM | .50 | DM | DM | $187.50 |
| | | | | Communicate with clients regarding discussions with BOA, facts adduced from materials provided, in preparation for drafting complaint | |
| 06/18/2014 | DM | 3.60 | DM | TMG | $1,350.00 |
| | | | | Begin drafting Complaint | |
| 06/26/2014 | DM | 2.10 | DM | TMG | $787.50 |
| | | | | extract and mark exhibits, edit and finalize drafting complaint | |
| 07/03/2014 | DM | .50 | VM | VM | $187.50 |
| | | | | Preparation of ltr to defendant re: spoliation | |
| 07/03/2014 | DM | .60 | VM | VM | $225.00 |
| | | | | Receipt & Review Pleading court confirmation of receipt of complaint package; receipt of standing order; issued summons and forward to process server for service; update index; file. | |
| 07/03/2014 | DM | .30 | VM | VM | $112.50 |
| | | | | Preparation of email to client requesting cell phone bills in order to prepare authorization for subpoena. | |
| 07/14/2014 | DM | .30 | VM | VM | $112.50 |
| | | | | Receipt & Review Pleading Dkt. #5_RETURN of service executed on 7-10-2014 by Nelson Coniglio, Joyce Coniglio as to Bank of America, N.A served 7/10/2014 @ 2:50 p.m.; update calendar; update index; e-file return; receipt of confirmation; file.<br>21 days after July 10, 2014 = Thursday, July 31, 2014 | |
| 07/17/2014 | DM | .10 | VM | VM | $37.50 |
| | | | | Receipt & Review Correspondence from client with signed authorizations | |
| 08/01/2014 | DM | 1.80 | DM | TMG | $675.00 |
| | | | | Draft motion for clerk's default and affidavit of david mitchell in support | |
| 08/01/2014 | DM | .50 | VM | VM | $187.50 |
| | | | | Preparation of draft motion for clerk's entry of default with exhibit. | |
| 08/01/2014 | DM | .70 | VM | VM | $262.50 |
| | | | | Preparation of finalization of motion for clerk's default; exhibits; e-filing; receipt of clerk's acknowledgment; update index/ file. | |
| 08/04/2014 | DM | 3.20 | DM | TMG | $1,200.00 |
| | | | | Legal research: whether court is required to conduct evidentiary hearing prior to entering default judgment where damages sought are liquidated statutory damages; whether damages under TCPA and FCCPA are considered liquidated damages; whether defaulted party admits well pleaded allegations regarding willfulness of conduct for purposes of statutory treble damages provisions, | |

# Time Sheet

12/12/2014

Coniglio, Nelson vs. Bank of America, N.A.
Date Range: All
Status: Pending/Released/Transfered/Exception

| Date | Attorney | Hrs | Recorder | Timekeep | Amount |
|---|---|---|---|---|---|
| 08/04/2014 | DM | .50 | VM | VM | $187.50 |
| | | | Receipt & Review Pleading Clerk's Default; draft default judgment motion. | | |
| 08/12/2014 | DM | 7.20 | DM | TMG | $2,700.00 |
| | | | Prepare motion for default judgment and memoradum of law | | |
| 08/13/2014 | DM | .20 | VM | VM | $75.00 |
| | | | Receipt & Review Pleading Motion To Strike Defendants' Affirmative Defenses; update index; file. | | |
| 08/14/2014 | DM | 1.10 | DM | TMG | $412.50 |
| | | | Prepare affidavits of Nelson Coniglio, Joyce Coniglio, Jason Coniglio, and David Mitchell in support of motion for default judgment | | |
| 08/15/2014 | DM | .50 | VM | VM | $187.50 |
| | | | Preparation of e-filing/e-service of PL's Motion for Clerk's Default; receipt of confirmation from court; udpate index; file. | | |
| 08/18/2014 | DM | 3.40 | DM | DM | $1,275.00 |
| | | | Prepare Amended Motion for Default Judgment and memorandum of law | | |
| 08/18/2014 | DM | .50 | VM | VM | $187.50 |
| | | | Receipt & Review Pleading acknowledgments from clerk; download; update index; file. | | |
| 08/18/2014 | DM | .40 | VM | VM | $150.00 |
| | | | Telephone conference with Lourdes at Clerks' office requesting refile affidavit; and future practices when linking. | | |
| 08/20/2014 | DM | .30 | VM | VM | $112.50 |
| | | | Receipt & Review Pleading Motion for Substitution of Counsel and Notice of Appearance; update parties contact information; file. | | |
| 08/22/2014 | DM | .20 | VM | VM | $75.00 |
| | | | Receipt & Review Pleading PL's Motion To Substitute Party Plaintiff (NATIONSTAR MORTGAGE, LLC); update index; file. | | |
| 09/26/2014 | DM | .20 | VM | VM | $75.00 |
| | | | Telephone call to both Jason and Joyce as to lender placed insurance class action suit (opt-out) authorization. | | |
| 10/06/2014 | DM | .10 | VM | VM | $37.50 |
| | | | Receipt & Review Pleading Notice of appearance of co counsel; update index and file. | | |
| 10/22/2014 | WPH | 1.00 | JP | JP | $375.00 |
| | | | per billy, put together notebook for him with the requested documents. | | |
| 10/24/2014 | DM | .20 | VM | VM | $75.00 |
| | | | Receipt & Review Pleading Motion To Strike; update index and file. | | |
| 10/29/2014 | DM | .20 | VM | VM | $75.00 |
| | | | Preparation of email to Hakanson's office with hearing notice. | | |
| 10/29/2014 | DM | .30 | VM | VM | $112.50 |
| | | | Review of file and update index and filing. | | |
| 11/03/2014 | DM | .10 | VM | VM | $37.50 |
| | | | Receipt & Review Pleading Amended Notice of Appearance of Jeffrey C. Hakanson. | | |
| 11/05/2014 | DM | .30 | VM | VM | $112.50 |
| | | | Receipt & Review Pleading MOTION to stay re [18] Judgment by Bank of America, N.A.. (Kemp-Gerstel, Andrew); update index; file. | | |

# Time Sheet

12/12/2014

Coniglio, Nelson vs. Bank of America, N.A.
Date Range: All
Status: Pending/Released/Transfered/Exception

| Date | Attorney | Hrs | Recorder | Timekeep | Amount |
|---|---|---|---|---|---|
| 11/06/2014 | DM | .90 | VM | VM | $337.50 |
| | | | Receipt & Review Pleading Notice of Appearance, Response; Motion to Vacate; update index file | | |
| 11/07/2014 | DM | 3.10 | DM | DM | $1,162.50 |
| | | | Legal research and analysis: whether dialer equipment that lacks capacity to dial randomly or sequentially is considered an ATDS under TCPA where equipment nevertheless dials numbers from list; whether predictive dialer is considered ATDS under TCPA; whether calls placed manually from equipment with "capacity" to dial automatically are nevertheless "ATDS" under TCPA | | |
| 11/07/2014 | DM | 2.60 | DM | DM | $975.00 |
| | | | Legal research and analysis for purposes of opposing BOA's motion to vacate: whether FCC orders have force of law under TCPA for purposes of determining whether dialing equipment is ATDS under TCPA; whether FCC order determining that predictive dialer is entitled to chevron deference for purposes of the TCPA | | |
| 11/07/2014 | DM | 1.20 | DM | DM | $450.00 |
| | | | legal research and analysis: whether under FDCPA bona fide error defense applies for legal mistakes only; whether bona fide error defense applies to TCPA claims | | |
| 11/10/2014 | DM | .20 | VM | VM | $75.00 |
| | | | Receipt & Review Pleading RESPONSE in Opposition re [22] MOTION to Vacate [16] Order on Motion for Default Judgment, [18] Judgment and Related Memorandum of Law filed by Joyce Coniglio, Nelson Coniglio. (Anthony, John); update index; file. | | |
| 11/11/2014 | DM | .30 | VM | VM | $112.50 |
| | | | Receipt & Review Pleading Amended Motion to Vacate [16] Order on Motion for Default Judgment, [18] Judgment by BOA; update index; file. | | |
| 11/12/2014 | DM | .20 | VM | VM | $75.00 |
| | | | Receipt & Review Pleading MOTION to Strike [24] Amended MOTION to Vacate [16] Order on Motion for Default Judgment, [18] Judgment by Joyce Coniglio, Nelson Coniglio. (Anthony, John) Motions referred to Magistrate Judge Mark A. Pizzo; update index; file. | | |
| 11/12/2014 | DM | .50 | VM | VM | $187.50 |
| | | | Update pleadings binders. | | |
| 11/12/2014 | DM | .50 | VM | VM | $187.50 |
| | | | Update pleadings binders. | | |
| 11/13/2014 | DM | .20 | VM | VM | $75.00 |
| | | | Receipt & Review Pleading ENDORSED ORDER granting [19] motion to stay judgment pending resolution of the pending motion to vacate; and ENDORSED ORDER granting in part and denying in part [25] Motion to Strike. Update index and file. | | |
| 11/20/2014 | DM | .40 | VM | VM | $150.00 |
| | | | Receipt & Review Pleading Dkt. #29_First MOTION to Alter Judgment or Amend Default Final Judgment and Dkt. #28_Response to Motion [24]; update index; file. | | |

# Time Sheet

12/12/2014

Coniglio, Nelson vs. Bank of America, N.A.
Date Range: All
Status: Pending/Released/Transfered/Exception

| Date | Attorney | Hrs | Recorder | Timekeep | Amount |
|---|---|---|---|---|---|
| 11/21/2014 | DM | .20 | VM | VM | $75.00 |
| | | | | | |
| 12/04/2014 | DM | .20 | VM | VM | $75.00 |
| | | | | | |
| 12/08/2014 | DM | 1.00 | JP | JP | $375.00 |
| | | | | | |
| 12/08/2014 | DM | .10 | VM | VM | $37.50 |
| | | | | | |
| 12/10/2014 | DM | .20 | VM | VM | $75.00 |
| | | | | | |
| 12/12/2014 | DM | .40 | VM | VM | $150.00 |

11/21/2014: Receipt & Review Pleading RESPONSE to Motion re [29] First MOTION to Alter Judgment or Amend Default Final Judgment and Incorporated Memorandum of Law filed by Joyce Coniglio, Nelson Coniglio. (Attachments: # (1) Exhibit A)(Anthony, John) ; update index; file.

12/04/2014: Receipt & Review Pleading ORDER finding as moot [22] Motion to Vacate ; denying [24] Motion to Vacate ; denying [29] Motion to Alter Judgment. Signed by Judge Elizabeth A. Kovachevich on 12/4/2014. (SN)

12/08/2014: spoke to vicky/todd/patty, researched contract history of case for billy

12/08/2014: Receipt & Review Pleading MOTION for Writ of Execution by Joyce Coniglio, Nelson Coniglio. (Attachments: # (1) Exhibit A)(Anthony, John) Motions referred to Magistrate Judge Mark A. Pizzo; update index; file.

12/10/2014: Receipt & Review Pleading Dkt. #34_Second MOTION to stay re [16] Order on Motion for Default Judgment, [18] Judgment by Bank of America and Notice of Appearance; update index; file.

12/12/2014: Receipt & Review Pleading Dkt. #36_MOTION to Amend-Correct [31] Order on Motion to VacateOrder on Motion to Alter Judgment by BOA; and #35 response in opposition to [32]; update index; file.

Total hours:   46.20                            Total Amount:   $17,325.00