# Anthony & Partners, LLC

201 North Franklin Street
Suite 2800
Tampa, FL 33602
Telephone - (813) 273-5616 Fax - (813) 221-4113
Federal Tax ID No. 27-0214906

Morgan & Morgan, P.A  
201 N. Franklin Street, Suite 700  

Tampa, FL 33602

December 05, 2014  
Client:          200201  
Matter:          000011  
Invoice #:        19193  

Page:                1

Re:  Coniglio, Nelson and Joyce

For Professional Services Rendered Through    December 05, 2014

**SERVICES**

| Date | Person | Description of Services | Hours |
|---|---|---|---|
| 10/21/2014 | JAA | Client consultation, internal consultation with A. Doucette, document review, and related case management follow up. | 0.5 |
| 10/21/2014 | ACD | Review relevant pleadings and draft motion for writ of execution, with related research as to ability to expedite issuance of writ of execution and consultations with J. Anthony regarding the same. | 1.6 |
| 10/22/2014 | JAA | Discuss case management requirements with A. Doucette; Review complaint, default motion, and supporting affidavits; Consult underlying three (3) statutes to ascertain the merits of the case and sufficiency of record to support judgment; Meet with J. Landkammer and A. Doucette regarding execution activities. | 5.3 |
| 10/22/2014 | JWL | Office conference regarding Morgan & Morgan judgment and potential issues concerning default judgment; Legal research concerning protecting judgment and procedural mechanisms for doing so. | 1.5 |
| 10/23/2014 | JAA | Review case law provided by J. Landkammer; Draft initial four (4) pages of response to Bank's anticipated forthcoming motion for relief from judgment; Follow up with internal lawyers and Morgan lawyers. | 1.4 |
| 10/23/2014 | ACD | Meet with J. Anthony and J. Landkammer regarding judgment enforcement and potential reconsideration. | 0.6 |
| 10/23/2014 | JWL | Internal case management meeting with J. Anthony and A. Doucette. | 0.6 |
| 10/24/2014 | JAA | Telephone calls and e-mails with Morgan & Morgan attorneys and internally as they relate to forthcoming response to motion for relief under Federal Rules of Civil Procedure 60(b). | 0.4 |

December 05, 2014
Client:        200201
Matter:        000011
Invoice #:     19193

Page:               2

**SERVICES**

| Date | Person | Description of Services | Hours |
|---|---|---|---|
| 10/24/2014 | JWL | E-mails with Morgan and Morgan attorneys regarding status and strategy; E-mail copy of Judge Kovachevich's order concerning LaSalle Bank; Legal research and preparation of draft response to foreseen motion to vacate default judgment; Legal research and preparation of documents showing relevant time periods moving forward; E-mails to clients regarding same. | 6.2 |
| 10/26/2014 | JAA | Internal meeting; Client e-mails. | 0.6 |
| 10/26/2014 | ACD | Review and discuss rehearing case law internally. | 0.6 |
| 10/26/2014 | JWL | Review public records concerning new filings; Meet with J. Anthony regarding response to motion to vacate judgment as well as timing issues. | 0.4 |
| 10/27/2014 | JAA | Internal consultation regarding status of the record in pending litigation. | 0.2 |
| 10/27/2014 | MMG | Discuss current dispute with J. Anthony and review documents. | 0.9 |
| 10/28/2014 | JAA | Review and respond to e-mails. | 0.3 |
| 10/29/2014 | JAA | Client consultation and online check of docket. | 0.2 |
| 10/30/2014 | JAA | E-mails and conference calls internally and with Morgan teammates regarding strategy for addressing judgment enforcement and likely ramifications of potential future filings; Discuss potential enforcement strategy with J. Landkammer and A. Doucette. | 0.4 |
| 10/31/2014 | JAA | Review and respond to e-mails. | 0.3 |
| 10/31/2014 | ACD | Discuss judgment enforcement issues and related analysis. | 0.4 |
| 10/31/2014 | JWL | Preparation of e-mail regarding status and strategy for litigation; Legal research regarding same; Formalize e-mail for purpose of tendering to client. | 1.4 |
| 11/3/2014 | JAA | E-mails incoming and outgoing regarding status. | 0.4 |
| 11/3/2014 | JWL | Receipt and review of various e-mails and documents concerning status and strategy; Discuss with J. Anthony. | 0.3 |
| 11/4/2014 | JAA | Full day of efforts on case including the following: (a) many dozens of e-mails relating to case status and alternatives; (b) Review and analyze research generated by J. Landkammer; (c) meet with litigation team to discuss developments regarding the emergence of opposing counsel; (d) consultation with paralegal and related review of class action pleadings that undermine any argument that current default judgment should be set aside; (e) consultation with M. Greene regarding legal research topics; and (f) review judgment collection pleadings prepared by J. Landkammer to perpetuate collection activities. | 4.7 |
| 11/4/2014 | JWL | Preparation of notice of appearance; Legal research regarding execution; Preparation of writ of execution and motion requesting same. | 4.9 |
| 11/4/2014 | MMG | Discuss case history with J. Anthony and related case strategy going forward; Research case law regarding defendant's ability to request an evidentiary hearing on the meritorious defense argument for vacating the default judgment. | 4.2 |

December 05, 2014
Client:        200201
Matter:        000011
Invoice #:      19193

Page:              3

**SERVICES**

| Date | Person | Description of Services | Hours |
|---|---|---|---|
| 11/5/2014 | JAA | Review pleadings, case law, and related materials required to complete response to anticipated motion for vacation of default judgment; Meetings with M. Greene and J. Landkammer to allocate tasks; Review, revise, and finalize response to BOA motion to stay. | 3.3 |
| 11/5/2014 | JWL | Receipt and review of motion for stay execution filed by Bank of America; Legal research; Preparation of draft response to Bank of America's request to vacate judgment; Receipt and review of Bank of America's motion to vacate; E-mails regarding same. | 8.1 |
| 11/5/2014 | MMG | Review motion for stay of execution of final default judgment pending disposition of motion to vacate and discuss the same with J. Anthony; Draft response to motion for stay of execution and related case law research; Finalize and file response to motion for stay of execution. | 4.8 |
| 11/6/2014 | JAA | Full day of activity in connection with (a) review of motion to vacate judgment and supporting affidavits and proposed pleading by BOA; (b) client consultation and internal consultation regarding legal issues and factual questions presented by BOA materials; (c) review and commentary on successive drafts of client response. | 4.4 |
| 11/6/2014 | JWL | Preparation of response to Bank of America's motion to vacate default judgment. | 7.2 |
| 11/6/2014 | MMG | Review defendant's motion to set aside final default judgment; Discuss strategy in drafting response with J. Anthony and J. Landkammer; Draft sections of response and related case law research and assist in editing response; Telephone conference with D. Mitchell, J. Landkammer, and J. Anthony regarding response and meritorious defenses. | 8.8 |
| 11/7/2014 | JAA | Review, revise, and finalize outgoing pleading; Review and analyze late filed pleading by opposing counsel; Discuss the same with A. Doucette. | 4.1 |
| 11/7/2014 | ACD | Review motion for relief from judgment, and follow-up review and revisions to response in opposition to the same, in concert with M. Greene and J. Anthony throughout the day. | 5.8 |
| 11/7/2014 | MMG | Continue draft of response to defendant's motion to set aside default judgment and related case law research regarding defendant's meritorious defenses; Research additional affirmative defenses filed by defendant's counsel to determine if a form; E-mail correspondence with clients regarding drafts of response to motion to set aside default. [Time capped]. | 8.0 |
| 11/9/2014 | JAA | Review and respond to e-mails. | 0.3 |
| 11/10/2014 | JAA | Telephone calls and e-mails relating to 180-page exhibit just filed to supplement prior filings on motion to vacate default judgment; Review case law and discuss strategy extensively with A. Doucette and M. Greene throughout the day. | 3.7 |
| 11/10/2014 | ACD | Telephone call with B. Howard and D. Mitchell regarding amended motion by BOA and follow-up good faith telephone conference with BOA attorneys and review of documentation provided; Discuss with J. Anthony. | 1.3 |
| 11/10/2014 | MMG | Telephone conference with clients regarding good faith conference with opposing counsel; Review amended motion to vacate judgment and related call logs attached thereto; Review multiple e-mails with clients and expert regarding call logs; Periodic reporting throughout the day with J. Anthony. | 0.9 |

December 05, 2014
Client:      200201
Matter:      000011
Invoice #:    19193

Page:           4

**SERVICES**

| Date | Person | Description of Services | Hours |
|---|---|---|---|
| 11/11/2014 | JAA | Consultation and drafting throughout the day with M. Greene in connection with motion to strike amended motion of the Bank, or alternatively to substantively reply to the amended motion; Brief follow-up phone calls. | 3.4 |
| 11/11/2014 | ACD | Follow-up regarding draft response to amended motion and review of spreadsheet exhibits identifying calls. | 0.8 |
| 11/11/2014 | MMG | Begin draft of motion to strike amended motion to vacate judgment and related case law research; Discussions with J. Anthony and A. Doucette regarding content of motion to strike and strategy. | 6.1 |
| 11/12/2014 | JAA | Review and respond to developments involving District Court Judge's order resetting the playing field as it relates to post-judgment relief requested by loser. | 0.7 |
| 11/12/2014 | MMG | Discuss incoming order with J. Anthony regarding impact on strategy. | 0.7 |
| 11/13/2014 | JAA | Meet with teammates regarding status of response now due Monday. | 0.4 |
| 11/13/2014 | MMG | Begin draft of supplemental response to motion to vacate per court's order and discuss the same with J. Anthony and clients. | 0.6 |
| 11/14/2014 | JAA | E-mails with teammates regarding third party sources of information regarding defendant's use of computerized dialing systems. | 0.2 |
| 11/15/2014 | JAA | Review and respond to e-mails. | 0.3 |
| 11/16/2014 | JAA | Review and analyze working supplemental response addressing obvious insincerity of opposing counsel. | 0.8 |
| 11/16/2014 | ACD | Strategy discussion regarding amended motion to vacate. | 0.4 |
| 11/16/2014 | MMG | Continue draft of supplemental response to amended motion to vacate judgment and related case law research. | 2.8 |
| 11/17/2014 | JAA | Conference call with clients; Edit final motion relating to defendant's motion to vacate; Review newest "final" edits prepared by M. Greene; Discuss footnote research and how to present items not on the prejudgment record without opening process up to mini trial. | 1.8 |
| 11/17/2014 | MMG | Continue draft of supplemental response to amended motion to vacate judgment and related case law research; Telephone conference with co-counsel and call log expert to discuss details of the call log and content of the supplemental response; Telephone conference with opposing counsel for good faith conference on their motion to amend judgment; Status visit with J. Anthony. | 4.7 |
| 11/18/2014 | JAA | Internal consultation and consultation with opposing counsel regarding case management issues; Internal follow up with M. Greene regarding defaults and default judgments obtained against defendant in other matters; Review motion filed by defendant to modify findings of fact under Rule 59. | 1.7 |
| 11/18/2014 | MMG | Review defendant's motion to amend the judgment; Research other cases where defendant defaulted on an action and discuss the same with J. Anthony. | 3.3 |
| 11/19/2014 | JAA | Review motion to amend and vacate; Consultation with M. Greene relating to next steps; Review schedule of defaults taken against defendant in unrelated cases. | 0.6 |

December 05, 2014
Client:      200201
Matter:      000011
Invoice #:   19193

Page:        5

**SERVICES**

| Date | Person | Description of Services | Hours |
|---|---|---|---|
| 11/19/2014 | MMG | Review motion to alter or amend judgment and begin draft of response to the same; Discuss outline with J. Anthony. | 0.5 |
| 11/20/2014 | JAA | Consultation with M. Greene and M&M teammates throughout the day following review of motion by defendant to modify findings of fact and conclusion of law; Review, revise, and finalize response to motion. | 1.7 |
| 11/20/2014 | MMG | Continue and finalize draft of response to motion to alter or amend the judgment; Research pacer and state court dockets regarding defaults incurred by defendant in previous actions; Several discussions, e-mails, and calls throughout the day. | 4.7 |
| 11/21/2014 | JAA | Review and respond to e-mails. | 0.3 |
| 11/22/2014 | JAA | Review and respond to e-mails. | 0.3 |
| 11/23/2014 | JAA | Review and respond to e-mails. | 0.3 |
| 11/24/2014 | JAA | Review and respond to e-mails. | 0.3 |
| 11/30/2014 | JAA | Internal consultation with A. Doucette regarding continuance status and related emergent strategy issues. | 0.2 |
| 12/1/2014 | JAA | E-mails to and from Morgan teammates regarding potential additional filings. | 0.4 |
| 12/1/2014 | MMG | E-mails with client and internal discussions with J. Anthony regarding strategy in filing a request for judicial notice and attorneys' fees. | 0.2 |
| 12/2/2014 | JAA | E-mails incoming and outgoing regarding attorney fee issues, entitlement, amount, timing, and other strategic considerations. | 0.6 |
| 12/2/2014 | MMG | Phone conference with D. Mitchell regarding obtaining certified copies of defaults against Bank of America. | 0.9 |
| 12/3/2014 | JAA | E-mails and internal consultation regarding the need to prepare comprehensive application for fees and costs; Additional follow up regarding potential supplemental authorities or companion cases. | 0.4 |
| 12/4/2014 | JAA | Review order of District Court denying BOA's motion to vacate and motion to alter or amend; E-mails and telephone calls with M&M and with teammates to articulate conclusion that the order is not vulnerable on appeal; Consultation with press representatives regarding the unusual aspects of this dispute, showing a situation where a large financial institution makes serious errors in handling their bank clients, and is then derelict in responding to a complaint in a matter where there is the prospect of clear liability and potentially staggering damages. | 2.2 |
| 12/4/2014 | ACD | Conference call with J. Anthony regarding order and next steps. | 0.6 |
| 12/4/2014 | MMG | Review order denying defendant's motion to vacate default judgment and motion to alter judgment and discuss the same with J. Anthony; Draft timeline of default events and send the same to news source. | 1.1 |
| 12/5/2014 | JAA | Full day of activity on file, including (a) e-mails and telephone calls with M&M regarding fee application, chances of an appeal, and other issues; (b) review time and charges and work with M. Greene on fee applications; and (c) review legal research relating to the award of attorneys' fees and costs under applicable statutes and discuss with M. Greene. | 4.0 |

December 05, 2014
Client:       200201
Matter:       000011
Invoice #:     19193

Page:              6

## SERVICES

| Date | Person | Description of Services | Hours |
|---|---|---|---|
| 12/5/2014 | MMG | Research case law regarding contingency multiplier fees in FCCPA cases; Draft motion for attorneys' fees and costs and affidavit of reasonable of fees. | 3.8 |

## PERSON RECAP

| Person | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAA | John A. Anthony | PARTNER | 51.1 | $450.00 | $22,995.00 |
| ACD | Allison C. Doucette | ASSOCIATE | 12.1 | $220.00 | $2,662.00 |
| MMG | Megan M. Greene | ASSOCIATE | 57.0 | $180.00 | $10,260.00 |
| JWL | John W. Landkammer | ASSOCIATE | 30.6 | $275.00 | $8,415.00 |
| | | | | | $44,332.00 |

|  |  |
|---|---|
| Total Services | $44,332.00 |
| Total Disbursements | $0.00 |
| Total Current Charges | $44,332.00 |
| **INFORMATIONAL PURPOSES ONLY** | **$0.00** |

*Please call our office if you would like to make arrangements to pay by credit card.*
*We accept Mastercard and Visa.*