**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

NELSON CONIGLIO and
JOYCE CONIGLIO, husband and wife,

       Plaintiff,

v.

BANK OF AMERICA, N.A., a foreign
corporation, f/k/a BAC HOME LOANS
SERVICING, LP,

       Defendant.

_____/

CASE NO.: 8:14-cv-1628-T-17MAP

**BANK OF AMERICA, N.A.'S RESPONSE TO PLAINTIFFS'**
**MOTION FOR AWARD OF ATTORNEYS' FEES AGAINST DEFENDANT**

Defendant, BANK OF AMERICA, N.A., ("Bank of America"), files this Response to

Plaintiffs', NELSON CONIGLIO and JOYCE CONIGLIO ("Plaintiffs"), Motion for Award of

Attorneys' Fees Against Defendant (Doc. 37) and states the following:

1.     On December 12, 2014, Plaintiffs filed Plaintiffs' Motion for Award of

Attorneys' Fees Against Defendant (Doc. 37).

2.     Since the filing of Plaintiffs' Motion for Award of Attorneys' Fees Against

Defendant, Plaintiffs and Bank of America have reached an agreement regarding the disposition

of Plaintiffs' Motion for Award of Attorneys' Fees Against Defendant.

3.     On December 23, 2014, Plaintiffs and Bank of America filed a Joint Motion for

Conditional Allowance of Attorneys Fee Award (Doc. 43) (the "Joint Motion") memorializing

the agreement between Plaintiff and Bank of America and seeking certain relief regarding

Plaintiffs' Motion for Award of Attorneys' Fees Against Defendant.

4.     Bank of America believes a Response in Opposition to Plaintiffs' Motion for Award of Attorneys' Fees Against Defendant is unnecessary at this time in light of the agreement between Plaintiffs and Bank of America and the currently pending Joint Motion.

5.     Should the Court deny the Joint Motion, Bank of America requests leave to file a Response in Opposition to Plaintiffs' Motion for Award of Attorneys' Fees Against Defendant.

WHEREFORE, Bank of America asks the Court to enter an Order granting the relief sought by Plaintiffs and Bank of America in the Joint Motion for Conditional Allowance of Attorneys Fee Award.

/s/ Andrew Kemp-Gerstel
J. RANDOLPH LIEBLER
Florida Bar No. 507954
JRL@lgplaw.com
DORA F. KAUFMAN
Florida Bar No.: 771244
DFK@lgplaw.com
ANDREW KEMP-GERSTEL
Florida Bar No. 0044332
AKG@lgplaw.com
**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
(305) 379-0400
*Attorneys for Bank of America, N.A.*

– 2 –

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on December 26, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Andrew Kemp-Gerstel
ANDREW KEMP-GERSTEL

David P. Mitchell, Esq.
Dmitchell@forthepeople.com
William P. Howard, Esq.
whoward@forthepeople.com
Morgan & Morgan, PA
One Tampa City Center
201 N. Franklin St., 7th FL
Tampa, FL 33602

John A. Anthony, Esquire
janthony@anthonyandpartners.com
John W. Landkammer, Esquire
jlandkammer@anthonyandpartners.com
Megan M. Greene, Esquire
mgreene@anthonyandpartners.com
Anthony & Partners, LLC
201 N. Franklin Street, Suite 2800
Tampa, Florida 33602

**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130   (305) 379-0400