**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

NELSON CONIGLIO and
JOYCE CONIGLIO, husband and wife,

       Plaintiff,                      CASE NO.: 8:14-cv-1628-T-17MAP

v.

BANK OF AMERICA, N.A., a foreign corporation, f/k/a BAC HOME LOANS SERVICING, LP,

       Defendant.
_____/

### BANK OF AMERICA, N.A.'S RESPONSE TO STRIKE BOND COPY FILING, AND INCORPORATED MEMORANDUM OF LAW

Defendant, BANK OF AMERICA, N.A., ("Bank of America"), files this Response to Plaintiffs', NELSON CONIGLIO and JOYCE CONIGLIO (the "Coniglios"), Motion to Strike Bond Copy Filing, and states:

1.    On November 10, 2014, Bank of America filed the Amended and Corrected Motion to Vacate and Set Aside Default and Default Final Judgment ("Amended Motion to Vacate"). As an exhibit to the Amended Motion to Vacate, Bank of America attached Call Logs that were previously omitted due to a technical error during uploading of the previous Motion to Vacate to the CM/ECF Document Filing System..[1]

2.    On December 4, 2014, this Court entered an Order denying Bank of America's Amended Motion to Vacate.[2]

3.    On December 9, 2014, Bank of America filed the Motion to Stay Execution of Final Judgment Pending Disposition of Rule 59(e) Motion to Alter or Amend Order on Amended and Corrected Motion to Vacate and Set Aside Default and Default Final Judgment and Pending

---

[1] ECF No. 24.
[2] ECF No. 31.

Appeal ("Motion to Stay").[3] As noted in the Motion to Stay, Bank of America is entitled to a stay pursuant to the National Bank Act and under Federal Rule of Civil Procedure 62.

4. On December 11, 2014, Bank of America filed the Rule 59(e) Motion to Alter or Amend Order on Amended and Corrected Motion to Vacate and Set Aside Default and Default Final Judgment, and Incorporated Memorandum of Law ("Motion to Alter Order")[4]. In the Motion to Alter Order, Bank of America notes that the Court seems to have inadvertently overlooked the Call Logs Bank of America filed with the Court. Specifically, the Court references the absence of the Call Logs in the filed materials when Bank of America had previously filed the Call Logs with the Court as an exhibit to Bank of America's Amended Motion to Vacate.

5. The Motion to Stay and the Motion to Alter Order have been fully briefed and are currently pending before the Court.

6. On December 16, 2014, Bank of America filed the Notice of Posting Copy of Bond procured in the amount of $1,051,000, with Liberty Mutual Insurance Company as surety.[5]

7. On December 26, 2014, Bank of America filed the Notice of Appeal notifying the Court that Bank of America is appealing the Final Judgment (ECF No. 18) and the Order on Bank of America's Motion to Set Aside Default and Modify or Vacate Default Judgment (ECF 31).

8. The Coniglios have taken issue with Bank of America's Notice of Posting Copy of Bond and filed the Motion to Strike Bond Copy Filing[6].

---

[3] ECF No. 34.
[4] ECF No. 36.
[5] ECF No. 39.
[6] ECF No. 40.

9. Bank of America procured the $1,051,000 bond in an abundance of caution. Plaintiff is in no way prejudiced by Bank of America providing the Court with a copy of the Bond and, to date, the Court has not required Bank of America to post a bond nor has the Court set a bond amount. Further, Bank of America is within the bounds of the Middle District of Florida Clerk's Office Guide to Services and Procedures IV(c) as Bank of America asked the Court to set and approve the bond in both the Motion to Stay and the Notice of Posting Copy of Bond.

10. Should the court deny the Motion for Stay, require a bond, and determine that a bond amount higher than $1,051,000 is appropriate, Bank of America requests a reasonable time period in order to comply.

WHEREFORE, Bank of America, N.A., respectfully requests that this Court deny the relief sought in the Coniglios' Motion to Strike Bond Copy Filing.

/s/ Andrew Kemp-Gerstel
J. RANDOLPH LIEBLER
Florida Bar No. 507954
JRL@lgplaw.com
DORA F. KAUFMAN
Florida Bar No.: 771244
DFK@lgplaw.com
ANDREW KEMP-GERSTEL
Florida Bar No. 0044332
AKG@lgplaw.com
**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
(305) 379-0400
*Attorneys for Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 5, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Andrew Kemp-Gerstel
ANDREW KEMP-GERSTEL

| | |
|---|---|
| David P. Mitchell, Esq.<br>Dmitchell@forthepeople.com<br>William P. Howard, Esq.<br>whoward@forthepeople.com<br>Morgan & Morgan, PA<br>One Tampa City Center<br>201 N. Franklin St., 7th FL<br>Tampa, FL 33602 | John A. Anthony, Esquire<br>janthony@anthonyandpartners.com<br>John W. Landkammer, Esquire<br>jlandkammer@anthonyandpartners.com<br>Megan M. Greene, Esquire<br>mgreene@anthonyandpartners.com<br>Anthony & Partners, LLC<br>201 N. Franklin Street, Suite 2800<br>Tampa, Florida 33602 |