## IN THE UNITED STATES DISTRICT COURT
### FOR THE __Middle_____ DISTRICT OF __Florida_____

Nelson Coniglio and Joyce Coniglio, husband and wife
_____

**Plaintiff**

-VS-

Bank of America, N.A., a foreign corporation, f/k/a BAC Home Loans Servicing, LP
_____

**Defendant**

Civil Action No. __8:14-CV-01628-EAK-MAP_____

Bond No. __019047828_____

**KNOW ALL MEN BY THESE PRESENTS** that __BANK OF AMERICA, N.A._____ as Principal, and __LIBERTY MUTUAL INSURANCE COMPANY_____ as Surety are held and firmly bound unto __NELSON CONIGLIO AND JOYCE CONIGLIO_____ in the principal sum of __One Million Fifty One Thousand and 00/100__ ($__1,051,000.00__) for the payment of which we bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

**WHEREAS,** on the __4th__ day of __DECEMBER_____, 20_14___, in the above named Court, the above named __NELSON CONIGLIO AND JOYCE CONIGLIO_____ the plaintiff herein recovered a judgment against the above named __BANK OF AMERICA, N.A._____, the defendant herein, for the sum of __One Million Fifty One Thousand and 00/100__ Dollars ($__1,051,000.00__).

**WHEREAS,** the above named Principal has entered an appeal to __11TH CIRCUIT, U.S. COURT OF APPEALS__ to review the Judgment entered in the above case on _____.

**NOW THEREFORE,** if the Principal shall satisfy any money judgment obtained in the judgment in full, including any costs and damages which may be awarded against defendant then this obligation shall be null and void; otherwise to remain in full force and effect. It is provided that the Surety shall not be liable in the aggregate for more than the penal sum of __One Million Fifty One Thousand and 00/100__ Dollars ($__1,051,000.00__).

Signed, sealed and dated this __10th__ day of __December_____, 20_14___.

Principal: __BANK OF AMERICA, N.A._____

By: _____

Surety: __LIBERTY MUTUAL INSURANCE COMPANY__

BY: _____
Wayne G. McVaugh ,Attorney-In Fact



## LIBERTY MUTUAL INSURANCE COMPANY

### FINANCIAL STATEMENT — DECEMBER 31, 2013

| Assets | | Liabilities | |
|---|---|---|---|
| Cash and Bank Deposits | $1,118,180,550 | Unearned Premiums | $5,940,431,054 |
| *Bonds — U.S Government | 1,888,225,943 | Reserve for Claims and Claims Expense | 17,305,063,560 |
| *Other Bonds | 12,039,490,815 | Funds Held Under Reinsurance Treaties | 212,659,311 |
| *Stocks | 9,030,962,112 | Reserve for Dividends to Policyholders | 1,226,236 |
| Real Estate | 251,301,907 | Additional Statutory Reserve | 63,348,980 |
| Agents' Balances or Uncollected Premiums | 4,781,042,931 | Reserve for Commissions, Taxes and | |
| Accrued Interest and Rents | 149,855,386 | Other Liabilities | 5,826,683,629 |
| Other Admitted Assets | 15,216,749,451 | Total | $29,349,412,770 |
| | | Special Surplus Funds ... $55,686,852 | |
| | | Capital Stock ... 11,250,000 | |
| | | Paid in Surplus ... 7,898,288,167 | |
| | | Unassigned Surplus ... 7,161,171,306 | |
| Total Admitted Assets | $44,475,809,095 | Surplus to Policyholders | 15,126,396,325 |
| | | Total Liabilities and Surplus | $44,475,809,095 |



\* Bonds are stated at amortized or investment value; Stocks at Association Market Values.
The foregoing financial information is taken from Liberty Mutual Insurance Company's financial statement filed with the state of Massachusetts Department of Insurance.

I, TIM MIKOLAJEWSKI, Assistant Secretary of Liberty Mutual Insurance Company, do hereby certify that the foregoing is a true, and correct statement of the Assets and Liabilities of said Corporation, as of December 31, 2013, to the best of my knowledge and belief.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Corporation at Seattle, Washington, this 20th day of March, 2014.

_____
Assistant Secretary

**THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON RED BACKGROUND.**
This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

Certificate No. 6358862

American Fire and Casualty Company
The Ohio Casualty Insurance Company
Liberty Mutual Insurance Company
West American Insurance Company

# POWER OF ATTORNEY

KNOWN ALL PERSONS BY THESE PRESENTS: That American Fire & Casualty Company and The Ohio Casualty Insurance Company are corporations duly organized under the laws of the State of New Hampshire, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint, __Annette M. Leuschner; Darella White; Douglas R. Wheeler; Elizabeth Marrero; Jaquanda Long; Marina Tapia; Mary C. O'Leary; Maureen McNeill; Richard A. Jacobus; Wayne G. McVaugh__

all of the city of _Philadelphia_, state of _PA_ each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Companies in their own proper persons.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this _20th_ day of _November_, _2013_.

American Fire and Casualty Company
The Ohio Casualty Insurance Company
Liberty Mutual Insurance Company
West American Insurance Company

By: _David M. Carey, Assistant Secretary_

STATE OF PENNSYLVANIA ss
COUNTY OF MONTGOMERY

On this _20th_ day of _November_, _2013_, before me personally appeared David M. Carey, who acknowledged himself to be the Assistant Secretary of American Fire and Casualty Company, Liberty Mutual Insurance Company, The Ohio Casualty Company, and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at Plymouth Meeting, Pennsylvania, on the day and year first above written.

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa Pastella, Notary Public
Plymouth Twp., Montgomery County
My Commission Expires March 28, 2017
Member, Pennsylvania Association of Notaries

By: _Teresa Pastella, Notary Public_

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of American Fire and Casualty Company, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company which resolutions are now in full force and effect reading as follows:

**ARTICLE IV – OFFICERS** – Section 12. Power of Attorney. Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

**ARTICLE XIII** – Execution of Contracts – SECTION 5. Surety Bonds and Undertakings. Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

**Certificate of Designation** – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes David M. Carey, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

**Authorization** – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, Gregory W. Davenport, the undersigned, Assistant Secretary, of American Fire and Casualty Company, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy of the Power of Attorney executed by said Companies, is in full force and effect and has not been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this _10th_ day of _December_, 20_14_.

By: _Gregory W. Davenport, Assistant Secretary_

*(left margin)* Not valid for mortgage, note, loan, letter of credit, currency rate, interest rate or residual value guarantees.

*(right margin)* To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.

LMS_12873_122013

410 of 500