# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 03, 2016

Sheryl L. Loesch
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number:  14-15783-CC   ; 15-11637 -CC
Case Style: Nelson Coniglio, et al v. Bank of America, NA
District Court Docket No: 8:14-cv-01628-EAK-MAP

Enclosed is the Bill of Costs supplementing this court's mandate which has previously issued.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to:  Lois Tunstall
Phone #:  (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. 14-15783, 15-11637

Coniglio _____ vs. Bank of America, NA _____

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### INSTRUCTIONS

In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| DOCUMENT | Repro. Method (Mark One) In-House | Repro. Method (Mark One) Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellant's Brief | X | | 70 | 9 (7) | 630 | 94.50 | 73.50 |
| Appendix | X | | 536 | 7 (5) | 3752 | 562.80 | 402.00 |
| Appellee's Brief | | | | | | | |
| Reply Brief | X | | 37 | 9 (7) | 333 | 49.95 | 38.85 |
| | | | | | | | |
| | | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | TOTAL | | $ 707.25 REQUESTED | $ 514.35 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: /s/ Joseph Palmore

Attorney Name: Joseph R. Palmore
(Type or print your name)

E-mail: JPalmore@mofo.com

Street Address/City/State/Zip: Morrison & Foerster LLP
2000 Pennsylvania Avenue, NW, Washington, DC 20006

Date Signed: 02/08/2016

Attorney for: Bank of America, NA
(Type or print name of client)

Phone: 202-887-6940

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ 514.35 against Appellees
and are payable directly to Appellants

Douglas J. Mincher, Clerk of Court

By: /s/ Tina Porter     DATE: 2/8/2016
Deputy Clerk

Issued on: _____

BOC Rev.: 3/15

ISSUED AS MANDATE 03/03/2016